# IN THE SUPREME COURT OF THE STATE OF NEVADA

LINDSEY SHARRON ANTEE, N/K/A
LINDSEY LICARI,

Appellant,

vs.

BOBBY LEE ANTEE, A/K/A BOBBY
DEE ANTEE,

Respondent.

No. 82887

**FILED**

FEB 03 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order. Eighth Judicial District Court, Clark County; Gerald W. Hardcastle, Judge.

On May 12, 2021, the clerk of this court issued a notice directing appellant, among other things, to file and serve, by September 9, 2021, either (1) a brief that complies with NRAP 28(a) and NRAP 32 or (2) an informal brief for pro se parties on the form provided by the clerk. The notice cautioned that failure to timely file a brief could result in the dismissal of this appeal. When appellant did not comply, on September 27, 2021, this court entered an order directing appellant, by October 11, 2021, to file and serve either (1) an opening brief that complies with NRAP 28(a) and NRAP 32 or (2) an informal brief for pro se parties on the form provided by the clerk of this court. The order cautioned that failure to comply could result in the dismissal of this appeal as abandoned.

On October 12, 2021, appellant filed a motion requesting, among other things, an extension of time until November 15, 2021, to file the opening brief. The proof of service attached to the motion did not indicate that counsel for respondent was served with the motion. *See* NRAP

22-03747

25(b) ("Service on a party represented by counsel shall be made on the party's counsel."). Therefore, on November 2, 2021, this court entered an order directing appellant, by November 16, 2021, to provide proof of service of the October 12, 2021, motion on counsel for respondent. The order cautioned that if no proof of service was timely received, this court would take no action on the motion. *See* NRAP 25(d)(3) (stating that this court will not take action on documents filed without proof of service). Appellant did not provide this court with proof of service of the motion on respondent's counsel. Accordingly, this court took no action on appellant's October 12, 2021, motion.

To date, appellant has not filed a brief or an informal brief or further communicated with this court. Accordingly, it appears that appellant has abandoned this appeal, and this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc: Chief Judge, The Eighth Judicial District Court
Hon. Gerald W. Hardcastle, Senior Judge
Lindsey Sharron Antee
Shumway Van
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A